**Jan K. VODA, M.D., Plaintiff–Cross–Appellant,**

v.

**MEDTRONIC, INC., and Medtronic Vascular, Inc., Defendants–Appellants.**

Nos. 2013–1045, 2013–1053.

United States Court of Appeals,
Federal Circuit.

Nov. 18, 2013.

Mitchell G. Stockwell, Richard W. Goldstucker, Esq., David Holloway, Alyson L.

Wooten, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, John A. Kenney, Esq., McAfee & Taft, Oklahoma City, OK, for Plaintiff–Cross–Appellant.

Mark Christopher Fleming, Shirley X. Li Cantin, Lauren B. Fletcher, Sarah B. Petty, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, Christopher Mikson, Akin, Gump, Strauss, Hauer & Feld, LLP, Philadelphia, PA, Michael Simons, Akin, Gump, Strauss, Hauer & Feld, LLP, Austin, TX, for Defendants–Appellants.

NEWMAN, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**